AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| BRUCE A. SARTWELL | ) | 19-mj-6551-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 30, 2019 _____ in the county of _____ Plymouth _____ in the

_____ District of _____ Massachusetts _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 USC 5861(d) | Unlawful possession of a firearm not registered to him under the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Michael Belli, HSI

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Michael Belli, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2019

_____
*Judge's signature*

City and state:        Boston, Massachusetts

M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
*Printed name and title*