**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No:   19-CR-10479-DJC |
| | ) | |
| BRUCE SARTWELL, | ) | |
| | ) | |
| Defendant. | ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME

Now comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court to exclude the time period from June 25, 2020 through and including July 14, 2020 from the speedy trial clock. The government makes this motion pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

In support of this request, the government states that the parties appeared at an initial pretrial conference on June 25, 2020, after which the parties requested that the case be scheduled for a Rule 11 hearing. Both parties agreed to exclude the time from the Speedy Trial Act through the date of the Rule 11 hearing, which was scheduled for July 14, 2020.

The parties jointly agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Counsel for the defendant assents to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREW E. LELLING<br>United States Attorney |
|  | By: /s/ Lindsey Weinstein<br>Lindsey Weinstein |
| Date:  June 25, 2020 | Assistant United States Attorney |

**CERTIFICATE OF SERVICE**

I, Lindsey Weinstein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ Lindsey Weinstein |
| Dated: June 25, 2020 | Assistant United States Attorney |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No:   19-CR-10479-DJC |
| ) | |
| BRUCE SARTWELL ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE DELAY

Upon consideration of the assented-to motion seeking an order of excludable delay, the Court finds as follows:

1. The government has filed a motion for excludable delay requesting that the time from June 25, 2020, the initial pretrial conference in the district court, through and including July 14, 2020, the date of the Rule 11 hearing, be excluded under the Speedy Trial Act.

2. At the initial pretrial conference, the government requested that above-referenced time period be excluded under the Speedy Trial Act. The defendant, through his counsel, assented to this request. As of this date, there have been no periods of non-excludable delay.

4. I find that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the joint motion for excludable delay outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

Accordingly, the Court hereby grants the parties' joint motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), that the period from June 25, 2020 through and including July 14, 2020 is excluded from the speedy trial clock.

                                                 _____
                                                 HONORABLE DENISE J. CASPER
                                                 UNITED STATES DISTRICT JUDGE

                                               Dated: