# United States v. Sartwell, 19-10479-DJC

## Defendant's Exhibit List for February 25, 2021 Sentencing Hearing

| EXHIBIT # | DESCRIPTION |
|---|---|
| 10 | Department of Homeland Security Report of Investigation (1 page) marked USAO 0223 |
| 11 | Photograph: Multiple Airsoft guns (some outfitted with silencers) displayed on the wall of the defendant's garage at his residence in E. Bridgewater, MA. |
| 12 | Website reference: https://www.amazon.com/Military_Grade_Portable_Waterproof_Processed_Boyfriend/dp/B08NPT4KSW/ref=sr_1_22?crid=3JKFT725PBLNB&dchild=1&keywords=solvent+filter+trap+1%2F2+x+28+with+baffles&qid=1614028108&sprefix=solvent+trap%2Caps%2C196&sr=8_22#customerReviews |